IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| NAUTILUS INSURANCE COMPANY, | No. CV-16-37-BU-SEH |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| JK BUTTE LLC d/b/a BUTTE HOLIDAY INN EXPRESS and FOX VALLEY CONTRACTORS, LLC, | |
| Defendants. | |

The Court's Order of November 28, 2016,[1] is amended as follows:

Pursuant to the unopposed motion[2] of defendant JK Butte, LLC d/b/a Butte Holiday Inn Express and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant JK Butte, LLC d/b/a Butte Holiday Inn Express has to and including December 23, 2016, to file a response to plaintiff's Complaint.

DATED this 28th day of November, 2016.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court

---

[1] Doc. 10.

[2] Doc. 8.