**FILED**

JUN 07 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>JK BUTTE LLC d/b/a BUTTE HOLIDAY INN EXPRESS and FOX VALLEY CONTRACTORS, LLC,<br><br>                    Defendants. | No. CV-16-37-BU-SEH<br><br>**ORDER** |

The Court conducted a hearing on all pending motions[1] at on June 7, 2017, at the Paul G. Hatfield Courthouse, Helena, Montana.

Upon the record made in open court,

---

[1] Docs. 21 and 25.

ORDERED:

1. The several motions set forth in Defendant Fox Valley Contractors, LLC's Motion to Dismiss or Alternatively to Stay or Transfer Venue[2] and in Defendant JK Butte, LLC's Motion to Dismiss or, Alternatively, to Stay or Transfer[3] are DENIED.

2. The Court, by separate order, will set a date and time for a preliminary pretrial conference to develop a case management plan.

DATED this 7th day of June, 2017.

SAM E. HADDON
United States District Court

---

[2] Doc. 21.

[3] Doc. 25.