IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

JUL 10 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JK BUTTE LLC d/b/a BUTTE HOLIDAY INN EXPRESS and FOX VALLEY CONTRACTORS, LLC,<br><br>　　　　　　Defendants. | No. CV-16-37-BU-SEH<br><br>**ORDER** |

The Court ordered the filing of preliminary pretrial statements from each party by Court Order of June 8, 2017.[1]

Plaintiff filed its preliminary pretrial statement on June 30, 2017.[2]

Defendants JK Butte LLC and Fox Valley Contractors, LLC each filed its

---

[1] Doc. 37.

[2] Doc. 41.

preliminary pretrial statement on July 5, 2017.[3] None of the parties' preliminary pretrial statements address Fed. R. Civ. P. 26(a)(1)(A)(ii) as required by the Court's Order of June 8, 2017.

ORDERED:

The parties shall each file a supplemental preliminary pretrial statement addressing the matters in Fed. R. Civ. P. 26(a)(1)(A)(ii) on or before July 12, 2017.

DATED this 10th day of July, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 42 (Fox Valley); Doc. 43 (JK Butte).