FILED

JAN 0 2 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JK BUTTE LLC d/b/a BUTTE HOLIDAY INN EXPRESS and FOX VALLEY CONTRACTORS, LLC,<br><br>　　　　　　　　Defendants. | No. CV-16-37-BU-SEH<br><br>**ORDER** |

The parties having filed a Stipulation for Dismissal with Prejudice,[1]

ORDERED:

All claims in the above-entitled matter are hereby DISMISSED WITH

PREJUDICE as having been fully and finally settled on the merits, each party to

---

[1] Doc. 49.

bear their own attorney's fees and costs. The case is DISMISSED WITH PREJUDICE.

DATED this 2nd day of January, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court